## CURBELO *v.* ARRIETA ET AL.

APELACIÓN procedente de la Corte de Distrito de Arecibo.

No. 102.—Resuelto en mayo 6, 1904.

APELACIÓN—RECURSO DE CASACIÓN.—La Ley de marzo 12, 1903, transformando la Corte de Casación en Tribunal de Apelación, no dió fuerza y vigor a los preceptos de la antigua Ley de Enjuiciamiento Civil que otorgan el recurso de apelación, sino a los que fijan su tramitación, derogando los que se refieren a la sustanciación del recurso de casación.

ID.—El recurso de apelación sólo procede en los mismos casos en que procedía anteriormente el recurso de casación.

ID.—SENTENCIA DEFINITIVA.—El recurso de apelación sólo procede contra las resoluciones definitivas, entendiéndose por tales las que pongan término al pleito o hagan imposible su continuación.

### EXPOSICIÓN DEL CASO.

En el recurso de apelación interpuesto por Don José Peruchet Castell, en juicio declarativo promovido por Doña Serafina Curbelo de Díaz, contra Don Miguel Arrieta Dorregaray, ante el Tribunal de Distrito de Arecibo, sobre reclamación

de condominio, habiendo intervenido también como demandado (*) el Don José Peruchet Castell y Don Francisco Gumersindo Díaz, como cesionario de la Curbelo, representando y defendiendo ante esta Corte Suprema a la parte recurrente, el Letrado Don Jacinto Texidor, sin que hayan comparecido las partes recurridas.

*Resultando:* que con fecha 16 de abril del año próximo pasado, Doña Serafina Curbelo, con el consentimiento de su esposo, Don Arturo E. Díaz, presentó demanda ante el Tribunal de Distrito de Arecibo contra Don Miguel Arrieta, con súplica de que se declarara oportunamente, por sentencia, pertenecerle en plena propiedad el condominio de la 5ª. parte de una casa situada en la plaza del pueblo de Camuy, la que venía poseyendo Arrieta hacía más de quince años, condenando en su consecuencia al demandado a la entrega de ese condominio y de todos los frutos y utilidades que correspondan, con las costas a su cargo.

*Resultando:* que al contestar la demanda Don Miguel Arrieta interesó se declarara sin lugar, con las costas a la parte actora, y como alegara, entre otras cosas, que había vendido por escritura pública a Don José Peruchet Castell, todos los derechos y acciones que representaba en la casa de que se trata, pidió la demandante se confiriera traslado de la demanda a Peruchet y Castell, quien lo evacuó en los términos que estimó conducentes a su defensa.

*Resultando:* que en tal estado el juicio, se personó en autos Don Francisco Gumersindo Díaz Valcárcel, alegando que por escritura pública, cuya copia acompañó otorgada en 20 de julio de 1903, Doña Serafina Curbelo le había cedido todos los derechos y acciones que tenía sobre la casa en cuestión, y solicitó se le tuviera por parte como cesionario de la Curbelo, subrogado en todos los derechos y acciones de la misma, a cuyo auto recayó providencia en 20 de agosto del año citado, teniendo por parte en el juicio a Díaz Valcárcel en el concepto

expresado y ordenando se diera traslado de dicho escrito a los demandados por término de tres días.(*)

*Resultando:* que además de formular la representación de Don José Peruchet protesta de nulidad con motivo de la providencia expresada, utilizó contra ella recurso de reposición pidiendo se dejara sin efecto y se diera traslado a las partes del escrito que motivó aquella providencia, para que manifestaran lo que tuvieran por conveniente antes de que Don Francisco Gumersindo Díaz pudiera estimarse subrogado en los derechos y acciones de Doña Serafina Curbelo, y habiendo por formulada el tribunal de Arecibo la protesta de nulidad, en providencia de 27 de agosto citado, y declarado no haber lugar a admitir el recurso de reposición, ejercitó Peruchet el de apelación contra dicha providencia de 27 de agosto.

*Resultando* que admitido el recurso de apelación y elevados los autos a esta Corte Suprema previa citación y emplazamiento de las partes, fué tramitado aquél en la forma correspondiente, señalándose día para la vista, que tuvo lugar con la sola asistencia del letrado de la parte apelante.

Abogado del apelante: *Sr. Texidor.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. HERNÁNDEZ, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Considerando:* que la ley de 12 de marzo del año pasado, transformando la Corte Suprema de casación en tribunal de apelación no dió fuerza y vigor a todos los preceptos de la Ley de Enjuiciamiento Civil que otorgan el recurso de apelación, sino únicamente a los que fijan la tramitación de dicho recurso en los antiguos juicios de mayor cuantía con supresión del apuntamiento, como así lo prescribe aquella ley en su sección 3ª., derogando expresamente en la segunda los trámites antes establecidos para la sustanciación de los recursos de casación.

*Considerando:* que al ordenar la citada ley de 12 de marzo en su sección 4ª. que en todos los casos en que la Ley de Enjui-

ciamiento Civil habla de recursos de casación se entenderán de apelación, reveló claramente la intención del legislador de que el recurso de apelación para ante la Corte Suprema se da (*) actualmente contra las mismas resoluciones que antes podían ser objeto del recurso de casación, según la Ley de Enjuiciamiento Civil.

*Considerando:* que esa ley, en sus artículos 1687 y 1688 enumera las resoluciones contra las cuales procedía antes el recurso de casación, y por tanto, hoy el de apelación, sin que entre dichas resoluciones pueda estimarse comprendida la que es materia del presente recurso, que no puede calificarse de definitiva, pues no pone término al pleito ni hace imposible su continuación.

*Fallamos:* que debemos declarar y declaramos no haber lugar a resolver el resurso de apelación interpuesto por Don José Peruchet Castell con las costas del recurso a cargo del apelante y con certificación de esta resolución, devuélvanse los autos al Tribunal de Distrito de Arecibo, a los fines procedentes.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó tribunal en la vista de este caso.